UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODDY DEVALL | CIVIL ACTION |
| VERSUS | NO: 14-1381 |
| HAMMOND MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD, ET AL | SECTION: "J" (1) |

### ORDER

Considering Plaintiff's **Motion for Temporary Restraining Order (Rec. Doc. 6)** and for the reasons stated orally during the telephone conference on June 17, 2014,

The Court finds that Defendants Hammond Municipal Fire and Police Civil Service Board (the "Board") and David Danel point to no authority under which the Board was authorized to place Plaintiff on administrative leave without holding a hearing, nor under which the Board was authorized to restrain Plaintiff from communicating with all employees of the City of Hammond. (Rec. Doc. 1-1, p. 10-12) The Court further finds that continued enforcement of the Board's orders will infringe on the Plaintiff's First and Fourteenth Amendment rights to free speech

1

and due process of law, respectively. *Springtree Apartments, ALPIC v. Livingston Parish Counsel*, 207 F. Supp. 2d 507, 515 (M.D. La. 2001) ("Violation of constitutional rights constitutes irreparable injury as a matter of law.") Accordingly,

**IT IS ORDERED** that the Plaintiff's Motion for Temporary Restraining Order **(Rec. Doc. 6)** is **GRANTED.**

**IT IS FURTHER ORDERED** the administrative leave ordered by the Board during and/or following its May 15, 2014 board meeting and executive session is **VACATED** and Plaintiff shall be reinstated to active status as Police Chief for the City of Hammond.

**IT IS FURTHER ORDERED** that Defendants are enjoined from taking any adverse employment action against Plaintiff without conducting a hearing and affording the Plaintiff a right to be heard. This order shall in no way be construed as enjoining the Defendants' right and ability to conduct a lawful investigation of the complaint lodged against Plaintiff.

**IT IS FURTHER ORDERED** that the Board's order restricting Plaintiff from having any contact with any employees of the City of Hammond is **VACATED**. This order does *not* prohibit any defendant from issuing an order that more appropriately and more narrowly restricts Plaintiff's communications regarding the investigation.

**IT IS FURTHER ORDERED**, as agreed by the parties, that

Plaintiff shall appear at the Hammond City Hall Complex at 310 E. Charles Street, Hammond, Louisiana on **Friday, June 20, 2014 at 9:00 a.m.** for questioning in connection with the ongoing investigation of the complaint against him.

**IT IS FURTHER ORDERED** that this order is binding on all parties as well as all parties' officers, agents, servants, employees, and attorneys.

**IT IS FURTHER ORDERED** that this order shall remain in full force and effect pending further order of the Court.

New Orleans, Louisiana this 18th day of June, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE